PER CURIAM.

(No. 73-CC-7)

KATHRYN D. HAWKINS, Executor of the Will of NOEL HAWKINS, Deceased, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed February 1, 1973.*

HAGLUND AND GRETLER, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.